Eastern District of Kentucky
**F I L E D**
AUG 2 5 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                         INDICTMENT NO. 6:22-CR-56-CHB

FLOYD T. ADAMS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2252(a)(2)

On or about July 14, 2020, in Pulaski County, in the Eastern District of Kentucky,

**FLOYD T. ADAMS**

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, and which had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

### COUNT 2
### 18 U.S.C. § 2252(a)(2)

On or about December 10, 2021, in Pulaski County, in the Eastern District of Kentucky,

**FLOYD T. ADAMS**

did knowingly receive a visual depiction using any means and facility of interstate and

foreign commerce, and which had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 3
### 18 U.S.C. § 2252(a)(2)

On or about December 15, 2021, in Pulaski County, in the Eastern District of Kentucky,

### FLOYD T. ADAMS

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, and which had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 4
### 18 U.S.C. § 2252(a)(4)(B)

On or about December 18, 2021, in Pulaski County, in the Eastern District of Kentucky,

### FLOYD T. ADAMS

knowingly possessed one or more matters, that is, electronic storage media, which contains visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate commerce, and which were produced using materials that had been mailed, shipped and transported by any means,

including by computer, the production of which involved the use of a pre-pubescent minor or a minor who had not attained 12 years of age engaging in sexually explicit conduct, and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **FLOYD T. ADAMS** has in all electronic items used in the crime, including, but not limited to, the following property:

1. LG smartphone, Model No. LG-M153, IMEI: 353431090418633;
2. LG smartphone, Model No. LM-X210APM, PMEI: 255437102839193;
3. Dark Blue Onn Tablet, SN: 18852010001544;
4. Gray PC Tower, HP Pavilion 7955, MX14426243; and
5. All software and peripherals which are contained on or associated with the listed computers,

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

A TRUE BILL

FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-3:** Not less than 5 years imprisonment and not more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years.

**COUNT 2:** Not more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 for any conviction involving trafficking.

**PLUS:** Forfeiture of listed devices.